Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN BOWMAN,<br><br>　　　　　　　　Defendant. | No. CR15-348RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

The Amended Appearance Bond executed August 26, 2016 is modified to remove the condition that he reside in a halfway house.

All other conditions of the Appearance Bond remain in full force and effect.

DATED this 30th day of September, 2016.

　　　　　　　　　　　　　　　　WILLIAM M. McCOOL,
　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　 */s/ Victoria Ericksen*
　　　　　　　　　　　　　　　　Deputy Clerk to Hon. Richard A. Jones